IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY WILLIAM YOUNG
#18-903                                                                                                    PLAINTIFF

v.                                  No. 5:18-cv-183-DPM

DUSTY DODSON, Jail Administrator,
Dallas County Correction Center; STAN
MACGEE, Sheriff, Dallas County Correction
Center; and JOHN DOE, Mail Sorter,
Dallas County Detention Center                                              DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Young's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_9 August 2018_