IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY WILLIAM YOUNG
#18-903                                                                                    PLAINTIFF

v.                     No. 5:18-cv-183-DPM

DUSTY DODSON, Jail Administrator,
Dallas County Correction Center; STAN
MACGEE, Sheriff, Dallas County Correction
Center; and JOHN DOE, Mail Sorter,
Dallas County Detention Center                                                 DEFENDANTS

## JUDGMENT

Young's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2018